IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tom Reed, et. al, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>Brex, Inc., et al. )<br>)<br>Defendant(s). ) | CIVIL NO. 17-292-NJR-GCS |

**MOTION TO EXTEND PAYMENT DEADLINE**

Defendants Brex, Inc., d/b/a CarX, John Keeley and Kevin Floyd, by and through their counsel, Randall W. Slade of Franco Moroney Buenik, LLC for their Motion to Extend Payment Deadline, state as follows:

1. On April 18, 2019, the Court entered an Order awarding $3,701.26 to Plaintiffs, to be paid by Defendants by May 3, 2019.

2. Counsel for Defendants was out-of-state and unavailable when the Order was issued and for much of the following two weeks, delaying the ability to respond and work out payment details. Defendants hereby request an additional 7 days to comply with the Order.

3. Counsel for Defendants has discussed the content of this Motion with Counsel for Plaintiffs, Mark Potashnick, by telephone and subsequent email with a copy to Counsel for Plaintiffs, Jack Daugherty. Plaintiffs' counsel have indicated no objection to the extension.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully ask that the Court grant an additional seven days, until May 10, 2019, for compliance with the Court's April 18, 2019 Order.

Dated:  May 3, 2019                              Respectfully submitted,

    \s\ Randall W. Slade\
One of the Attorneys for Defendants

Randall W. Slade\
**Franco Moroney Buenik, LLC**\
500 West Madison Street\
Suite 2440\
Chicago, Illinois  60661\
(312) 469-1000

## **CERTIFICATE OF SERVICE**

    THE UNDERSIGNED, an attorney, hereby certifies that on the **3rd** day of **May 2019** a true and correct copy of **Defendants Motion to Extend Payment Deadline** was served upon counsel of record Mark Potashnick, Weinhaus & Potashnick, 11500 Olive Blvd, Ste. 133, St. Louis, Missouri 63141, markp@wp-attorneys.com and Jack R. Daugherty, Law Office of Jack Daugherty P.C., 112 Front Street, Alton, IL 62002, jack@jackdaughertylaw.com, by delivery via CM/ECF Filing System**.**

Dated: May 3, 2019                                                            Respectfully submitted,


       \s\ Randall W. Slade
       Randall W. Slade, Bar No. 6290778
       Attorneys for Defendants
       Franco Moroney, LLC
       500 West Madison Street, Suite 2440
       Chicago, Illinois 60661-2510
       Telephone: (312) 469-1000
       Facsimile: (312) 469-1011
       E-mail: randall.slade@francomoroney.com