IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM REED and MICHAEL ROY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BREX, INC., et al.,<br><br>        Defendants. | Case No. 3:17-CV-292-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated April 24, 2020 (Doc. 147), judgment is entered in favor of Defendant Brex, Inc. Plaintiffs shall recover nothing, and this entire action is **DISMISSED with prejudice.**

    DATED:  April 24, 2020

                                                            MARGARET M. ROBERTIE,
                                                            Clerk of Court

                                                            By:  s/ *Deana Brinkley*
                                                                       Deputy Clerk

APPROVED:  _____
                     NANCY J. ROSENSTENGEL
                   Chief U.S. District Judge