IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM REED and MICHAEL ROY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BREX, INC., et al.,<br><br>          Defendants. | Case No. 3:17-CV-292-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated April 24, 2020 (Doc. 147), judgment is entered in favor of Defendant Brex, Inc. Plaintiffs shall recover nothing, and this entire action is **DISMISSED with prejudice.**

DATED:  April 24, 2020

                                                                    MARGARET M. ROBERTIE,
                                                                    Clerk of Court

                                                                    By:  s/ *Deana Brinkley*
                                                                               Deputy Clerk


APPROVED:  _s/Nancy J. Rosenstengel_____
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge