# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 31, 2021

To:  Margaret M. Robertie
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

| No. 20-1697 | TOM REED, et al., <br>     Plaintiffs - Appellants <br><br> v. <br><br> BREX INC., et al., <br>     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:17-cv-00292-NJR <br> Southern District of Illinois <br> District Judge Nancy J. Rosenstengel ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 201.60 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 08/31/2021 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)