# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 9, 2021

Before

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 20-1697 | TOM REED and MICHAEL ROY, individually and on behalf of those similarly situated,<br>          Plaintiffs - Appellants<br><br>v.<br><br>BREX INC., et al.,<br>          Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:17-cv-00292-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)