# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Tom Reed et al<br>*Plaintiff(s)*<br><br>v.<br><br>Brex, Inc. et al<br>*Defendant(s)* | Case Number:  17-cv-292-NJR |

# **NOTICE**

**TO**: Counsel of Record

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on September 14, 2021.  Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: August 31, 2021

MARGARET M. ROBERTIE, Clerk of Court

By:    *s/Tim Anderson*
       Deputy Clerk